995 A.2d 1183

COM. ex rel. Antonio BUNDY, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS,
Secretary Jeffrey A. Beard, Appellee.

Supreme Court of Pennsylvania.

June 21, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of June, 2010, the Order of the Commonwealth Court is **AFFIRMED.**